IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.                                                    CRIMINAL ACTION NO.  5:00CR12BrN

DARRELL TRICHE                                                              DEFENDANT

## ORDER ALLOWING REMISSION OF FINE BALANCE

This cause came on for consideration on petition of the United States of America

(#66) in accordance with the provisions of 18 U.S.C. 3573 (amended November 18, 1989)

for remission of all of the unpaid portion of the $500.00 fine imposed on October 23, 2000,

in this cause; and the Court being advised, is of the opinion that the petition is well taken

and all of the unpaid portion of the $500.00 fine imposed on October 23, 2000, is hereby

remitted.

SO ORDERED this the 3rd  day of December, 2012.


s/David Bramlette_____
DAVID C. BRAMLETTE
SENIOR UNITED STATES DISTRICT JUDGE


\